# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

vs.                                                                                                          NO. 1:07CV-126-SA-JAD

$7,800.00 IN UNITED STATES CURRENCY
SEIZED NOVEMBER 2, 2006 AT
20140 OLD HOUSTON ROAD IN
MONROE COUNTY, MISSISSIPPI                                                                  DEFENDANT

## JUDGMENT OF FORFEITURE

Before the Court is the Plaintiff's, United States of America, Motion for Entry of Judgment of Forfeiture, and the Court, being fully advised in the premises, hereby finds and orders as follows:

A Verified Complaint for Forfeiture *in rem* was filed on May 23, 2007, against $7,800.00 in United States Currency, seized from Stanley Brandon on or about November 2, 2006, on 20140 Old Houston Road in Monroe County, Mississippi, (hereinafter "Defendant property"). The complaint alleged that the Defendant property is proceeds traceable to exchanges of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

On May 25, 2007, the Court entered an Order For Warrant For The Arrest Of Property And For Notice as to the Defendant property. A Warrant For The Arrest Of Property was issued by the Court on May 25, 2007.

The United States Marshals Service arrested the Defendant property on June 5, 2007, and notice of the arrest and this forfeiture action was published in **The Northeast Mississippi Daily Journal** in Tupelo, Mississippi, on July 13, 20 and 27, 2007. Proof of the publication of said notice

of arrest by Diane Powell, Clerk of **The Northeast Mississippi Daily Journal**, is on file in the office of the Clerk of this Court in this cause.

On July 18, 2007, Stanley Brandon, a possible claimant of the Defendant property, received service of a copy of the Verified Complaint For Forfeiture In Rem and Legal Notice of the arrest of the Defendant property.

On August 15, 2007, Stanley Brandon filed a claim to the defendant property. Stanley Brandon filed an Answer to the Plaintiff's Complaint on September 4, 2007. Further, Stanley Brandon was the only claimant to the Defendant property and the time period for any additional claims and/or answers has long since expired.

On December 1, 2008, Stanley Brandon, through his counsel, the Honorable J. Dudley Williams, signed an Agreement As To Forfeiture of Asset, a copy of which has been previously filed in this cause.

The Plaintiff, the United States of America, has moved that judgment of forfeiture be entered against $7,800.00 of United States Currency, the Defendant property. The Court finds that said motion is well taken. It is, therefore

ORDERED AND ADJUDGED that the Defendant property shall be and is hereby forfeited to the United States of America and no right, title or interest in this $7,800.00 shall exist in any other person or party.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant Property forfeited to the United States shall be disposed of according to law. The United States Marshals Service is hereby authorized to pay any and all expenses attributable to the seizure, maintenance, forfeiture and disposition of the Defendant property.

SO ORDERED AND ADJUDGED this the  12th  day of January, 2009.

                     **/s/ Sharion Aycock**
                      **UNITED STATES DISTRICT JUDGE**